JOHNSON et al. v. BRUNOR.

(Circuit Court, S. D. New York. February 9, 1901.)

TRADE-MARKS—INJUNCTION.

　　Injunction pendente lite will issue to restrain a defendant from selling any absorbent cotton, not manufactured by or for the complainant, in packages with a representation of a red cross, or the designation "Red Cross," as used by plaintiff, or from selling in packages which by their appearance are so nearly like complainant's packages as to be calculated to deceive.

Motion for Preliminary Injunction.

Archibald Cox, for the motion.
Samuel L. Samuels, opposed.

LACOMBE, Circuit Judge. Complainant may take an order pendente lite enjoining defendant from selling and from offering to sell any cotton or absorbent cotton, not manufactured by or for complainant, to the package or packages of which shall be applied, in any form or manner whatsoever, the representation of a red cross, or the designation "Red Cross"; and from continuing to offer to sell or to sell packages of cotton or absorbent cotton like the package or packages hereinbefore described as having been by the defendant offered and sold, or which, by collocation of size, shape, color, interior mode of packing, label, inscription, and symbols, are made so nearly like in appearance to complainant's package as to be calculated to mislead.